IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEON JEROME THOMAS,  :

    Plaintiff

: 

v.   Civil Case No. L-10-0825

: 

EARLY WARNING SERVICES, LLC.,

: 

    Defendants   :

o0o
## ORDER

Leon Jerome Thomas brings this action against Early Warning Services, LLC ("EWS") under the Fair Credit Reporting Act. EWS now moves for summary judgment. Docket No. 53. For the reasons set forth in the Memorandum opinion of even date, the Court hereby GRANTS the Defendants' Motion and DISMISSES the case.

It is SO ORDERED this 5th day of January, 2012.

/s/
_____
Benson Everett Legg
United States District Judge

1